FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-MJ-259 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Court Date: June 6, 2019 |
| ROBERT R. WILSON ) | Pentagon Docket |
| ) | |
| ) | |

### CRIMINAL INFORMATION
(Count 1 - CLASS A MISDEMEANOR- 7522404)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 19, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ROBERT R. WILSON, did knowingly, intentionally and unlawfully possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844).

(Count 2 - CLASS B PETTY- 7522402)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 19, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ROBERT R. WILSON, did knowingly and unlawfully operate a motor vehicle in the wrong direction on a clearly designated one-way roadway on the Pentagon Reservation.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code, Section 806).

(Count 3- CLASS B PETTY- 7522403)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 19, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ROBERT R. WILSON, did willfully and unlawfully operate a motor vehicle on the Pentagon Reservation while under the influence of intoxicating liquor or drugs, to a degree that rendered hir incapable of safe operation of a motor vehicle.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(c)(1)(i).

(Count 4- CLASS B PETTY- 7522405)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 19, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ROBERT R. WILSON, did knowingly, willfully and unlawfully refuse to submit to one or more tests of his breath for the purpose of determining blood alcohol content.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(c)(3)(i).

G. Zachary Terwilliger
United States Attorney

By: _____
Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed first class, postage prepaid, this 31st day of May, 2019, to the defendant's last known address of record.

Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil